UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

CASE NO. 03-CR-10361-RWZ-03

---

UNITED STATES

V.

SCOTT FINK,
Defendant

---

## MOTION FOR LEAVE TO FILE HEREWITH
## DEFENDANT'S MOTION TO DISMISS SUPERSEDING INDICTMENT OR,
## ALTERNATIVELY, STRIKE SURPLUSAGE FROM INDICTMENT
## AND MOTION FOR LEAVE TO SUBMIT SUPPORTING MEMORANDUM

The defendant Scott Fink has prepared a motion to dismiss superseding

indictment or alternatively to strike the Notice of Additional Factors, intended to address

Blakely issues.  The defendant's counsel is working on a memorandum of law in support

of the motion, and has not had time to complete it in light of his other commitments.  The

defendant requests until October 8 to file his supporting memorandum.  The defendant

further requests that he be permitted to file his motion herewith.  It was due on September

17, but his counsel was preoccupied with a different case to which he had recently been

appointed which required some immediate attention.

Respectfully submitted

The defendant Scott Fink
By his counsel


Charles W. Rankin
BBO No 411780
Rankin & Sultan
One Commercial Wharf North
Boston, MA  02110
(617) 720-0011

September 23, 2004

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing upon counsel of record by delivering a copy to
AUSA William Weinreb on September 23, 2004.


Charles W. Rankin

2