**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No. 03-10361-RWZ** |
| **V.** | ) | |
| | ) | |
| **SCOTT FINK** | | |

<u>**INFORMATION**</u>

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney, by Assistant United States Attorney William D. Weinreb, hereby notifies the defendant that the government will rely on the following felony drug offense as the basis for a sentencing enhancement with respect to Count One of the Indictment: the defendant's November 21, 2002 conviction for Possession of a Controlled Substance (cocaine) in the Rhode Island Superior Court, Docket Number N2-02-676.

As a result of this prior conviction, the defendant is subject to the enhanced penalties set forth in 21 U.S.C. §§ 841(b)(1)(A) & 841(b)(1)(B).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  ___/s/ William Weinreb___
WILLIAM D. WEINREB
Assistant U.S. Attorney