UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #03-10361-RWZ-03

_____

UNITED STATES

v.

SCOTT FINK

_____

**NOTICE OF CHANGE OF ADDRESS**

Please be advised that as of October 31, 2005, the new address for counsel of record will be:

Charles W. Rankin
Rankin & Sultan
151 Merrimac St., Second Floor
Boston, MA 02114-4717
Phone 617-720-0011
Fax 617-742-0701

Respectfully submitted

/s/ Charles W. Rankin

_____
Charles W. Rankin
BBO No. 411780
Rankin & Sultan
1 Commercial Wharf North
Boston, MA 02110
(617) 720-0011

October 25, 2005