UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #03-10361-RWZ-03

_____

UNITED STATES

v.

SCOTT FINK

_____

**MOTION FOR AN ORDER DIRECTING
MARSHALS TO MAKE DEFENDANT AVAILABLE TO
BRISTOL COUNTY SHERIFF'S DEPARTMENT ON
NOVEMBER 4, 2005 FOR HEARING IN FALL RIVER DISTRICT COURT**

The defendant Scott Fink moves that the Court order that the U.S. Marshals Service make the defendant available to the Bristol County Sheriff's Department on November 4, 2005 so that the defendant can be taken to the Fall River District Court for a hearing on that date. In support of this motion, the defendant states:

1. The defendant has been detained on this case since he was brought into the federal system.

2. The defendant has challenged several of his underlying state court convictions that were imposed in the Fall River District Court. The Court, Hon. Gilbert J. Nadeau, Jr., has scheduled a hearing on those motions to withdraw his guilty pleas for November 4, 2005 in the Fall River District Court. Judge Nadeau has issued a writ of habeas corpus ad prosecudendum for Mr. Fink's appearance. A copy is attached. The Marshals Service will not honor the writ unless this Court enters an order requiring it to do so.

3. The hearing in the Fall River District Court will be concluded on November 4, 2005, so the defendant can be returned to federal custody on that date.

4. If the motions are granted, the defendant's criminal history calculation in this court will be affected.

Respectfully submitted,

**SCOTT FINK**

By his attorney,

/s/ Charles W. Rankin

_____
Charles W. Rankin, BBO #411780
Rankin & Sultan
One Commercial Wharf North
Boston, MA 02110
(617) 720-0011

| HABEAS CORPUS FOR PROSECUTION | DOCKET NUMBER 9932CR005043 | Trial Court of Massachusetts District Court Department | |
|---|---|---|---|
| DEFENDANT NAME FINK, SCOTT | | COURT NAME & ADDRESS Fall River District Court 289 Rock Street Fall River, MA 02720 (508) 679-8161 | |
| DEFENDANT DOB 06/05/1972 | SEX M | SSN 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 | PCF NUMBER |
| NAME AND ADDRESS OF INSTITUTION PLYMOUTH HOUSE OF CORRECTION 26 LONG POND ROAD PLYMOUTH, MA 02360 | | NEXT EVENT MOTION HEARING | |
| | | NEXT EVENT DATE & TIME 11/4/2005   9:00 AM | ⇐⇐⇐⇐⇐ DEFENDANT MUST APPEAR AT ABOVE COURT ON THIS DATE AND TIME ⇐⇐⇐⇐⇐ |
| | | COURTROOM 1 | |

**TO THE OFFICIAL IN CHARGE OF THE INSTITUTION NAMED ABOVE:**

You are hereby ORDERED to bring the defendant named above, who is presently in your custody, before this court on the date and time indicated above for the event indicated.

If the above named defendant is transferred from your facility prior to the appearance date, please transmit this writ with the defendant to the new facility. If the defendant is released from custody, please notify the court immediately.

**FURTHER ORDERS OF THE COURT:**

*DEFENDANT TO APPEAR AT 45 ROCK STREET*

| TESTE OF FIRST JUSTICE WITNESS: Hon. Gilbert J. Nadeau, Jr | DATE ISSUED 10/17/2005 | CLERK-MAGISTRATE / ASST. CLERK X [signature] |
|---|---|---|

**RETURN**

I certify that:

☐ I have produced the defendant in court as ordered.

☐ I am unable to produce the defendant and I am returning this writ to the court because:

| DATE OF RETURN | SIGNATURE OF PERSON MAKING RETURN X | TITLE OF PERSON MAKING RETURN |
|---|---|---|

Date/Time Printed 10/17/2005 03:11 PM                Form No

*Copy*