UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #03-10361-RWZ-03

_____

UNITED STATES

v.

SCOTT FINK

_____

### ORDER DIRECTING UNITED STATES MARSHAL TO MAKE DEFENDANT SCOTT FINK AVAILABLE TO BRISTOL COUNTY SHERIFF'S DEPARTMENT FOR HEARING ON NOVEMBER 21, 2005

The United States Marshal is directed to make the defendant Scott Fink available to the Bristol County Sheriff's Department for a hearing in Fall River on November 21, 2005. The Marshal's Office shall make Fink available so that the Bristol County Sheriff's Department can take him into custody at the Moakley U.S. Courthouse by 7:30 a.m. on November 21, 2005. The Bristol County Sheriff's Department shall be responsible for transporting Fink to the Fall River District Court by 9 a.m. on November 21, 2005. The Sheriff's Department shall be responsible for returning Fink to the Marshal's custody at the Moakley U. S. Courthouse no later than 4 p.m. on November 21, 2005. The Sheriff's Department shall assume responsibility for maintaining custody of Fink from the time the Marshal releases custody of Fink in the morning until he is returned to the Marshal's custody in the afternoon of November 21, 2005.

November ___, 2005                                    _____
                                                      Rya W. Zobel
                                                      United States District Judge