UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #03-10361-RWZ-03

_____

UNITED STATES

v.

SCOTT FINK

_____

**DEFENDANT SCOTT FINK'S MOTION
TO CONTINUE SENTENCING HEARING**

The defendant Scott Fink moves that his sentencing hearing be postponed from December 8, 2005 for a period of approximately one month. In support of this motion, the defendant states that Judge Nadeau in the Fall River District Court has not yet ruled on the defendant's motions to set aside several of his convictions in that court. A hearing was held on November 21, 2005. Mr. Fink attended the hearing. At the conclusion of the hearing, the matter was taken under advisement. Counsel has been diligently checking to determine whether Judge Nadeau has ruled on the motions. To date he has not. Because the existence of those convictions could have a dramatic affect on the defendant's sentence, it would be fair and just to continue this matter for a period of thirty days to give Judge Nadeau a chance to rule on the matter.

Respectfully submitted,

**SCOTT FINK**

By his attorney,

/s/ Charles W. Rankin

_____
Charles W. Rankin, BBO #411780
Rankin & Sultan
151 Merrimac St., 2nd floor
Boston, MA 02114-4717
(617) 720-0011