UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 03-10361-RWZ |
| | ) | |
| **SCOTT FINK,** | ) | |
| **Defendant** | ) | |

*2006 JAN 17 P 5:03*

*FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE...*

### NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed by the district court (Zobel, J) on the defendant Scott Fink on December 19, 2005 and on the resulting Judgment in a Criminal Case (entered on the docket on December 20, 2005).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
WILLIAM WEINREB
Assistant U.S. Attorney

### Certificate of Service

I, William Weinreb, AUSA, hereby certify that I have caused a copy of this notice to be served by first-class mail on:

**Charles W. Rankin**
Rankin & Sultan
151 Merrimac Street
Second Floor
Boston, MA 02114-4717

on January 17, 2006

_____
Assistant U.S. Attorney