UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10361-RWZ

_____

UNITED STATES

v.

SCOTT FINK

_____

### DEFENDANT'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Pursuant to 18 U.S.C. § 1915, the defendant Scott Fink moves that the Court permit him to proceed on appeal in forma pauperis. In support of this motion, the defendant states that counsel was appointed to represent him, that the defendant is incarcerated and has no funds available to pay for counsel, filing fees, or the other costs associated with appeal.

Respectfully submitted,
**SCOTT FINK**
By his attorney,

/s/ Charles W. Rankin
_____
Charles W. Rankin, BBO #411780
Rankin & Sultan
151 Merrimac St., second floor
Boston, MA 02114-4717
(617) 720-0011

February 15, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on February 15, 2006.

      /s/ Charles W. Rankin
      _____
      Charles W. Rankin