UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10361-RWZ

_____

UNITED STATES

v.

SCOTT FINK

_____

**DEFENDANT'S MOTION FOR LEAVE TO
OBTAIN TRANSCRIPTS AT GOVERNMENT EXPENSE**

Pursuant to 18 U.S.C. § 3006A(e), the defendant Scott Fink moves that the Court permit him to obtain copies of the transcripts of the following proceedings at government expense. In support of this motion, the defendant states that counsel was appointed to represent him, that the defendant is incarcerated and has no funds available to pay for counsel, filing fees, or the other costs associated with appeal. The designated transcripts are necessary to have a full record for appeal. The government has filed a notice of appeal, and the defendant has cross appealed. The defendant seeks the following transcripts:

| Date | Proceeding | Court Reporter | Status |
| --- | --- | --- | --- |
| 12/19/05 | Fink sentencing-2 | Catherine A. Handel | already filed |
| 12/8/05 | Fink sentencing-1 | Catherine A. Handel | already filed |
| 12/7/05 | Paiva sentencing | Catherine A. Handel | |
| 11/16/05 | Briggs sentencing | Catherine A. Handel | |
| 11/16/05 | Melo sentencing | Catherine A. Handel | |

| | | | |
|---|---|---|---|
| 6/30/05 | Pinheiro sentencing | Catherine A. Handel | |
| 5/25/05 | Change of plea | Catherine A. Handel | already ordered |
| 12/9/04 | Change of plea-Pinhiero | Richard Romanow | |
| 10/28/04 | Warren sentencing | Richard Romanow | |
| 6/16/04 | Warren change of plea | Richard Romanow | already filed |

                                              Respectfully submitted,
                                              **SCOTT FINK**
                                              By his attorney,

                                              /s/ Charles W. Rankin
                                              _____
                                              Charles W. Rankin, BBO #411780
                                              Rankin & Sultan
                                              151 Merrimac St., second floor
                                              Boston, MA 02114-4717
                                              (617) 720-0011

February 15, 2006               <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on February 15, 2006.

                                              /s/ Charles W. Rankin
                                              _____
                                              Charles W. Rankin