**Charles W. Rankin**

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Wednesday, February 15, 2006 1:18 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:03-cr-10361-RWZ USA v. MELO et al

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Johnson, Jay entered on 2/15/2006 at 1:17 PM EST and filed on 1/17/2006
**Case Name:**       USA v. MELO et al
**Case Number:**     1:03-cr-10361
**Filer:**           Dft No. 3 - Scott Fink
**Document Number:** 129

**Docket Text:**
NOTICE OF APPEAL by Scott Fink re [125] Judgment,. Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/6/2006. (Rec'd for filing 2/15/06)(Johnson, Jay)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/15/2006] [FileNumber=1314327-0
] [a54a7621e6085c6ab2c8d6ed4ce637275b7d8d089fbe07a86b8548129a6ef2cb406
e7b110ebb0f6d13c945d72c3170894f16a1f50535e2380a849f20f9af80ae]]

**1:03-cr-10361-3 Notice will be electronically mailed to:**

Michael C. Andrews      MCADMASS@aol.com

Priscilla Facha DiMaio    pf4law@aol.com

Syrie D. Fried    syrie_fried@fd.org

Peter B. Krupp    pkrupp@luriekrupp.com

**Exhibit A**

2/15/06

John P. LaRochelle    jl@aggressivelegalservices.com

John E. MacDonald    jm@aggressivelegalservices.com

Lawrence M. Perlmutter    lmperlmutter@aol.com

Charles W. Rankin    crankin@rankin-sultan.com, crankin5@gmail.com; tish@rankin-sultan.com

William D. Weinreb    william.weinreb@usdoj.gov, usama.!ecf@usdoj.gov

**1:03-cr-10361-3 Notice will not be electronically mailed to:**

Paul DiMaio
215 Broadway
Providence, RI 02903

John C. McBride
McBride and Natola
The Waterfront Building
240 Commercial Street
Boston, MA 02109

2/15/06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 JAN 17 P 5: 03

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE 1ST CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 03-10361-RWZ |
| | ) | |
| SCOTT FINK, | ) | |
| Defendant | ) | |

### NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed by the district court (Zobel, J) on the defendant Scott Fink on December 19, 2005 and on the resulting <u>Judgment in a Criminal Case</u> (entered on the docket on December 20, 2005).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
WILLIAM WEINREB
Assistant U.S. Attorney

### Certificate of Service

I, William Weinreb, AUSA, hereby certify that I have caused a copy of this notice to be served by first-class mail on:

**Charles W. Rankin**
Rankin & Sultan
151 Merrimac Street
Second Floor
Boston, MA 02114-4717

on January 17, 2006

_____
Assistant U.S. Attorney