UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10361-RWZ

_____

UNITED STATES

v.

SCOTT FINK

_____

**DEFENDANT'S NOTICE OF APPEAL**

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, the defendant Scott Fink appeals to the United States Court of Appeals for the First Circuit from this Court's Judgment, entered on December 20, 2005.

Respectfully submitted,
**SCOTT FINK**
By his attorney,

/s/ Charles W. Rankin
_____
Charles W. Rankin, BBO #411780
Rankin & Sultan
151 Merrimac St., second floor
Boston, MA 02114-4717
(617) 720-0011

February 15, 2006        CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on February 15, 2006.

/s/ Charles W. Rankin
_____
Charles W. Rankin