## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:

USDC Docket Number : 03-cr-10361

United States of America

v.

Scott Fink

### **CLERK'S CERTIFICATE**

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/17/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 15, 2006.

Sarah A. Thornton, Clerk of Court

By:

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 2/16/06.

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-10361-RWZ-ALL

Case title: USA v. MELO et al                    Date Filed: 12/03/2003
Magistrate judge case number: 1:03-mj-00089-LPC

Assigned to: Judge Rya W. Zobel

## Defendant

**JOHN MELO** (1)                    represented by **John P. LaRochelle**
*TERMINATED: 11/21/2005*                    Larochelle & MacDonald, Inc.
                                            One Turks Head Place
                                            Suite 1440
                                            Providence, RI 02903
                                            401-421-1440
                                            Fax: 401-421-1442
                                            Email:
                                            jl@aggressivelegalservices.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            *Designation: Retained*

                                            **John E. MacDonald**
                                            Larochelle & MacDonald, Inc.
                                            One Turks Head Place
                                            Suite 1440
                                            Providence, RI 02903
                                            401-421-1440
                                            Fax: 401-421-1442
                                            Email:
                                            jm@aggressivelegalservices.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            *Designation: Retained*

                                            **Michael C. Andrews**
                                            Law Offices of Michael C.
                                            Andrews
                                            21 Custom House St.
                                            Suite 920

Boston, MA 02110
617-951-0072
Fax: 617-443-1010
Email: MCADMASS@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

21:846 Conspiracy to Distribute,
and to Possess with Intent to
Distribute Cocaine
(1)

## Disposition

The defendant was sentenced to
240 months BOP; 10 years SR;
Standard Conditions apply; SC;
the defendant shall participate in
drugtreatment & testing;
Recommendations to the 500 hour
Drug Treatment program; and
anger management; $100.00 SA;
Order of Forfeiture to issue;

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts

21:846 Conspiracy to Distribute,
and to Possess with Intent to
Distribute, Cocaine
(1s)

21:841(a)(1) Possession with
Intent to Distribute and
Distribution of Cocaine
(3s)

21:841(a)(1) Possession with
Intent to Distribute and
Distribution of Cocaine; 21:846 -
ATTEMPT; 18:2 Aiding and
Abetting
(4s)

## Disposition

DISMISSED

DISMISSED

DISMISSED

## Highest Offense Level

**(Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| KNOWINGLY AND INTENTIONALLY CONSPIRING TO DISTRIBUTE, AND TO POSSESS WITH INTENT TO DISTRIBUTE, FIVE KILOGRAMS OR MORE OF A MIXTURE CONTAINING COCAINE, IN VIOLATON OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and 846. | |

Assigned to: Judge Rya W. Zobel

**Defendant**

**GREGORY WARREN** (2)
*TERMINATED: 10/28/2004*

represented by **John C. McBride**
McBride and Natola
The Waterfront Building
240 Commercial Street
Boston, MA 02109
617-367-8844
Fax: 617-523-5153
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Paul DiMaio**
215 Broadway
Providence, RI 02903
401-272-3900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Priscilla Facha DiMaio**
215 Broadway

Providence, RI 02903
401-272-3900
Fax: 401-453-1230
Email: pf4law@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

21:846 Conspiracy to Distribute,
and to Possess with Intent to
Distribute Cocaine
(1)

## Disposition

The defendant was sentenced to
120 months BOP; 8 years SR;
Standard conditions apply; SC; no
guns; participate in substance
abuse treatment; participate in
mental health; $100.00SA;
Recommendations: that the
defendant participate in the 500
hour Comprehensive Drug
Treatment Program;

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts

None

## Highest Offense Level
## (Terminated)

None

## Complaints

KNOWINGLY AND
INTENTIONALLY
CONSPIRING TO
DISTRIBUTE, AND TO
POSSESS WITH INTENT TO
DISTRIBUTE, FIVE
KILOGRAMS OR MORE OF A
MIXTURE CONTAINING

## Disposition

## Disposition

COCAINE, IN VIOLATON OF
TITLE 21, UNITED STATES
CODE, SECTIONS 841(a)(1) and
846.

---

Assigned to: Judge Rya W. Zobel

## Defendant

**Scott Fink** (3)
*TERMINATED: 12/20/2005*

represented by **Charles W. Rankin**
Rankin & Sultan
151 Merrimac Street
Second Floor
Boston, MA 02114-4717
617-720-0011
Fax: 617-742-0701
Email: crankin@rankin-
sultan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

21:846 Conspiracy to Distribute,
and to Possess with Intent to
Distribute Cocaine
(1)

## Disposition

The defendant was sentenced to
120 months BOP; 10 years
SR;Standard Conditions apply;
DNA sample; drug counseling &
testing; mental health;
Recommendation: mental health
evaluation; 500 Hour Drug
Treatment program; 100.00 SA;

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts

21:846 Conspiracy to Distribute,
and to Possess with Intent to
Distribute, Cocaine
(1s)

## Disposition

DISPOSED

21:841(a)(1) Possession with
Intent to Distribute and
Distribution of Cocaine
(2s)

DISPOSED

## Highest Offense Level
## (Terminated)

Felony

## Complaints

None

## Disposition

---

Assigned to: Judge Rya W. Zobel

## Defendant

**Kevin Briggs** (4)
*TERMINATED: 11/23/2005*

represented by **Syrie D. Fried**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: syrie_fried@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender*
*Appointment*

## Pending Counts

21:846 Conspiracy to Distribute,
and to Possess with Intent to
Distribute Cocaine
(1)

## Disposition

The defendant is sentenced to 18
months BOP; 36 months SR;
Standard conditions apply; no
guns; and DNA sample; SR;
participate in substance abuse
treatment & testing; $100.00 SA;
Recommendations: Serve his
sentence in FMC Devens;

## Highest Offense Level

### (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to Distribute, and to Possess with Intent to Distribute, Cocaine (1s) | DISMISSED |

### Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Rya W. Zobel

### Defendant

| **Carla Paiva** (5) | represented by | **Peter B. Krupp** |
|---|---|---|
| *TERMINATED: 12/14/2005* | | Lurie and Krupp, LLP |
| | | One McKinley Square |
| | | Boston, MA 02109 |
| | | 617-367-1970 |
| | | Fax: 617-367-1971 |
| | | Email: pkrupp@luriekrupp.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to Distribute, and to Possess with Intent to Distribute Cocaine (1) | The defendant was sentenced to one year and a day; 3 years SR; Standard Conditions apply; no guns; DNA collection; SC; drug treatment and testing; SA $100.00; defendant remanded to the custody of the Marshals; Recommendation to the BOP; |

minimum security camp at FCI Danbery; consider a community confinement placement as soon as possible.

21:846 Conspiracy to Distribute, and to Possess with Intent to Distribute, Cocaine
(1s)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

**Disposition**

None

## Highest Offense Level (Terminated)

None

## Complaints

**Disposition**

None

---

Assigned to: Judge Rya W. Zobel

## Defendant

**Tanya Pinheiro** (6)
*TERMINATED: 07/05/2005*

represented by **Lawrence M. Perlmutter**
Law Office of Lawrence M. Perlmutter
15 Court Square
Suite 660
Boston, MA 02108
617-523-1545
Fax: 617-523-4652
Email: lmperlmutter@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to Distribute, and to Possess with Intent to Distribute Cocaine (1) | |
| 21:846 Conspiracy to Distribute, and to Possess with Intent to Distribute, Cocaine (1s) | |
| 21:846 Conspiracy to Distribute, and to Possess with Intent to Distribute, Cocaine (1ss) | The defendant is sentenced to 1 year and one day BOP; SR 3years; no fine; $100.00 SA; stndard conditions apply; no guns; DNA sample |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**                    represented by **William D. Weinreb**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 900
Boston, MA 02210
617-748-3222

Fax: 617-748-3358
Email:
william.weinreb@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2003 | ❂1 | COMPLAINT as to JOHN MELO (1), GREGORY WARREN (2) executed in open court. (Hayes, Ellen)[1:03-mj-00089-LPC] (Entered: 07/23/2003) |
| 07/23/2003 | ❂ | ELECTRONIC Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to JOHN MELO, GREGORY WARREN held: Defendants arrested on probable cause on 7/22/03; ordered lodged and brought to court today. Defendants appe[1:03ar without counsel; both will attempt to retain counsel, but they complete financial affidavits and are to notify Clerk by 12:00 on 7/24/03 if appointed counsel will be requested. USA moves for detention and continuance of hearing: continuance ALLOW[1:03ED. DETENTION HEARING AND PRELIM. EXAM. SET FOR 7/25/03, 2:00 P.M. Defendants ordered temporarily detained. (AUSA Weinreb) (Tape #2003-42.) (Hayes, Ellen)[1:03-mj-00089-LPC] (Entered: 07/23/2003) |
| 07/23/2003 | ❂2 | CJA 23 Financial Affidavit by JOHN MELO, filed in event of need of appointed counsel. (Hayes, Ellen)[1:03-mj-00089-LPC] (Entered: 07/23/2003) |
| 07/23/2003 | ❂3 | CJA 23 Financial Affidavit by GREGORY WARREN, filed in event of need of appointed counsel. (Hayes, Ellen)[1:03-mj-00089-LPC] (Entered: 07/23/2003) |
| 07/25/2003 | ❂ | ELECTRONIC Clerk's Notes for proceedings held before Judge Cohen :Status hearing as to JOHN MELO, GREGORY WARREN held: Called for detention hearing and prelim. exam.: Defendants move for continuance of hearing to 8/14/03; ALLOWED; scheduled for[1:03 2:00 p.m., 8/14/03. Motion of Michael Andrews, Esq., for admission of Atty. McDonald pro hac vice for MELO will be allowed upon receipt of cert. of good standing and fee; WARREN will also add counsel by pro hac vice motion. Defts. ordered further [1:03temporarily detained. (AUSA Weinreb;Attys. Andrews |

| | | |
|---|---|---|
| | | and McDonld for MELO; Atty. Dimaio for WARREN; PTSOs Brown and Ulrich) (Tape #2003-43.) (Hayes, Ellen)[1:03-mj-00089-LPC] (Entered: 07/25/2003) |
| 07/25/2003 | 4 | NOTICE OF ATTORNEY APPEARANCE: Michael C. Andrews appearing for JOHN MELO (Hayes, Ellen) Additional attachment(s) added on 7/25/2003 (Hayes, Ellen). [1:03-mj-00089-LPC] (Entered: 07/25/2003) |
| 07/25/2003 | 6 | MOTION of Michael C. Andrews, Esq., for Leave to Appear Pro Hac Vice to be granted to John MacDonald for MELO and John Larochelle for WARREN, filed in open court (to be followed by certificates of good standing).. (Hayes, Ellen) [1:03-mj-00089-LPC] (Entered: 07/25/2003) |
| 07/25/2003 | 5 | NOTICE OF ATTORNEY APPEARANCE: Priscilla Facha DiMaio appearing for GREGORY WARREN (Hayes, Ellen) Additional attachment(s) added on 7/25/2003 (Hayes, Ellen). [1:03-mj-00089-LPC] (Entered: 07/25/2003) |
| 07/31/2003 | 7 | MOTION for Leave to Appear Pro Hac Vice to be granted to Paul J. DiMaio for GREGORY WARREN, by Priscilla Facha DiMaio, filed, c/s. (Hayes, Ellen)[1:03-mj-00089-LPC] (Entered: 08/05/2003) |
| 07/31/2003 | 8 | Certficates (state and federal) of good standing in support of #7 filed. (Hayes, Ellen) Modified on 8/5/2003 (Hayes, Ellen). [1:03-mj-00089-LPC] (Entered: 08/05/2003) |
| 08/14/2003 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Detention hearing and prelim. exam. held: any proffers of security for bail to be made in writing; probable cause found; defendants bound over for grand jury action; [1:03detention taken under advisement. WITNESS: Craig Arney, FBI; EXHIBIT: Affidavit of Craig S. Arney, admitted. (Attys. Weinreb, Andrews, MacDonald, LaRochelle, Paul DiMaio, Priscilla DiMaio; PTSO Ulrich) (Tape #2003-47, -48.) (Hayes, Ellen) Modified[1:03 on 8/14/2003 (Hayes, Ellen).[1:03-mj-00089-LPC] (Entered: 08/14/2003) |
| 08/14/2003 | 9 | AFFIDAVIT of John P. Larochelle in support of motion for admission, filed, c/s. (Hayes, Ellen)[1:03-mj-00089-LPC] (Entered: 08/15/2003) |
| 08/14/2003 | 10 | AFFIDAVIT of John E. MacDonald in support of motion for |

| | | |
|---|---|---|
| | | admission, filed, c/s. (Hayes, Ellen)[1:03-mj-00089-LPC] (Entered: 08/15/2003) |
| 08/14/2003 | ⊙11 | NOTICE OF ATTORNEY APPEARANCE: Paul DiMaio appearing for GREGORY WARREN (Hayes, Ellen)[1:03-mj-00089-LPC] (Entered: 08/18/2003) |
| 08/19/2003 | ⊙0 | Judge Lawrence P. Cohen : ENDORSED ORDER entered granting 6 leave to John MacDonald and John P. LaRochelle to appear as to JOHN MELO (1) (Hayes, Ellen).[1:03-mj-00089-LPC] (Entered: 08/19/2003) |
| 08/19/2003 | ⊙12 | MELO'S Memorandum in support of request for surety bail, filed, c/s. (Hayes, Ellen)[1:03-mj-00089-LPC] (Entered: 08/20/2003) |
| 08/19/2003 | ⊙13 | Judge Lawrence P. Cohen :MEMORANDUM AND ORDER ON GOVERNMENT'S MOTION FOR DETENTION as to JOHN MELO, and GREGORY WARREN, both defts. ordered detained. (Welch, Ruth)[1:03-mj-00089-LPC] (Entered: 08/21/2003) |
| 08/19/2003 | ⊙0 | Judge Lawrence P. Cohen : ENDORSED ORDER entered granting 7 leave to Paul DiMaio, Esq., to appear as to GREGORY WARREN (2) (Hayes, Ellen)[1:03-mj-00089-LPC] (Entered: 08/19/2003) |
| 09/11/2003 | ⊙14 | ASSENTED TO MOTION for Excludable Delay from 7/23/03 to 10/19/03 as to JOHN MELO, GREGORY WARREN by USA. c/s (Filo, Jennifer)[1:03-mj-00089-LPC] (Entered: 10/14/2003) |
| 10/14/2003 | ⊙ | REMARK: MOTION #14 WAS NOT SENT TO MAGISTRATE JUDGE COHEN UNTIL 10/14/03. (Hayes, Ellen)[1:03-mj-00089-LPC] (Entered: 10/14/2003) |
| 10/14/2003 | ⊙15 | Magistrate Judge Lawrence P. Cohen : ORDER entered. Insofar as motion seeks excludable time between time when govt. first moved for detention and disposition of that motion, allowed. To the extent that parties seek further excludable time pending r[1:03eturn of indictment, denied w/o prejudice. Motion (14) should be filed with MBD for further relief. (Welch, Ruth)[1:03-mj-00089-LPC] (Entered: 10/17/2003) |
| 10/14/2003 | ⊙ | Magistrate Judge Lawrence P. Cohen : EXCLUDABLE DELAY entered as to JOHN MELO, GREGORY WARREN. Time excluded from 07/25/03 until 08/19/03. See document |

| | | #15. (Welch, Ruth)[1:03-mj-00089-LPC] (Entered: 10/17/2003) |
|---|---|---|
| 12/03/2003 | ●16 | SEALED INDICTMENT as to JOHN MELO (1) count(s) 1, GREGORY WARREN (2) count(s) 1, Scott Fink (3) count(s) 1, Kevin Briggs (4) count(s) 1, Carla Paiva (5) count(s) 1, Tanya Pinheiro (6) count(s) 1. (Gawlik, Cathy) (Entered: 12/03/2003) |
| 12/03/2003 | ● | Arrest Warrant Issued as to Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro. (Gawlik, Cathy) (Entered: 12/03/2003) |
| 12/03/2003 | ● | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Lawrence P. Cohen Reason for referral: pretrial proceedings as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro (Gawlik, Cathy) (Entered: 12/03/2003) |
| 12/10/2003 | ●17 | MOTION to Unseal Case as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro by USA. (Diskes, Sheila) (Entered: 12/10/2003) |
| 12/10/2003 | ● | Judge Lawrence P. Cohen : Electronic ORDER entered granting [17] Motion to Unseal Case as to JOHN MELO (1), GREGORY WARREN (2), Scott Fink (3), Kevin Briggs (4), Carla Paiva (5), Tanya Pinheiro (6); granting 6 Motion for Leave to Appear as to GREGORY WARREN (2) (Diskes, Sheila) (Entered: 12/10/2003) |
| 12/10/2003 | ●18 | Appearance Bond Entered as to Kevin Briggs in amount of $ $25,000, (Johnson, Jay) (Entered: 12/11/2003) |
| 12/10/2003 | ●19 | Appearance Bond Entered as to Carla Paiva in amount of $ $25,000, (Johnson, Jay) (Entered: 12/11/2003) |
| 12/10/2003 | ●20 | Appearance Bond Entered as to Tanya Pinheiro in amount of $ $25,000, (Johnson, Jay) (Entered: 12/11/2003) |
| 12/10/2003 | ● | ELECTRONIC Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to Kevin Briggs, Carla Paiva, Tanya Pinheiro held on 12/10/2003; defts file financial affidavits; Court directs that CJA counsel be appointed for each deft; arraignment scheduled for 12/18/03 at 2:30 PM; each deft released on $25,000 unsecured bond with special conditions that they report to pre-trial services by telephone each Tuesday and Thursday, that they not apply for passports, that they not possess any firearms, that they seek |

| | | |
|---|---|---|
| | | and/or maintain employment and their travel is restricted to Massachusetts and Rhode Island. (Court Reporter Tape.) (Lyons, Philip) (Entered: 12/12/2003) |
| 12/10/2003 | 25 | CJA 23 Financial Affidavit by Kevin Briggs (Quinn, Thomas) (Entered: 12/17/2003) |
| 12/10/2003 | 26 | CJA 23 Financial Affidavit by Carla Paiva (Quinn, Thomas) (Entered: 12/17/2003) |
| 12/10/2003 | 27 | CJA 23 Financial Affidavit by Tanya Pinheiro (Quinn, Thomas) (Entered: 12/17/2003) |
| 12/11/2003 | ● | Set/Reset Hearings as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro : Arraignment set for 12/18/2003 02:30 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 12/11/2003) |
| 12/11/2003 | 21 | Ex-Parte MOTION for Lis Pendens as to JOHN MELO by USA. (Johnson, Jay) (Entered: 12/11/2003) |
| 12/12/2003 | 22 | Arrest Warrant Returned Executed on 12/10/03. as to Tanya Pinheiro. (Johnson, Jay) (Entered: 12/15/2003) |
| 12/12/2003 | 23 | Arrest Warrant Returned Executed on 12/10/03. as to Carla Paiva. (Johnson, Jay) (Entered: 12/15/2003) |
| 12/12/2003 | 24 | Arrest Warrant Returned Executed on 12/10/03. as to Kevin Briggs. (Johnson, Jay) (Entered: 12/15/2003) |
| 12/17/2003 | ● | Attorney update in case as to Carla Paiva. Attorney Peter B. Krupp for Carla Paiva added. (Quinn, Thomas) (Entered: 12/17/2003) |
| 12/18/2003 | ● | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to JOHN MELO (1) Count 1 and GREGORY WARREN (2) Count 1 and Kevin Briggs (4) Count 1 and Carla Paiva (5) Count 1 and Tanya Pinheiro (6) Count 1 held on 12/18/2003; Bill Weinreb for the Govt.; Peter Krupp, Syrie Fried,John McBride,John LaRochelle for Defts; Court enters plea of not guilty for Deft. Pinheiro as counsel has not appeared at this hearing; Defts have reviewed the indictment with counsel and waive the reading in its entirety; All defts. plead not guilty to all counts; initial status set for January 28, 2004 at 2:00PM (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 12/18/2003) |
| | | |

| 12/18/2003 | 28 | Judge Lawrence P. Cohen : Initial Scheduling Order entered as to JOHN MELO, GREGORY WARREN, Kevin Briggs, Carla Paiva, Tanya Pinheiro. Discovery request letters by 1/28/04; responses by 2/11/04; joint memorandum by 1/23/04. Initial Status Conference set for 1/28/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Irwin, Nancy) Modified on 12/18/2003 (Irwin, Nancy). (Entered: 12/18/2003) |
|---|---|---|
| 12/18/2003 | 29 | Judge Lawrence P. Cohen : ORDER ON EXCLUDABLE DELAY as to JOHN MELO, GREGORY WARREN, Kevin Briggs, Carla Paiva, Tanya Pinheiro. Time excluded from 12/18/03 until 1/15/04. (Irwin, Nancy) (Entered: 12/18/2003) |
| 12/18/2003 | 30 | NOTICE OF ATTORNEY APPEARANCE: John P. LaRochelle appearing for JOHN MELO (Johnson, Jay) (Entered: 12/19/2003) |
| 12/18/2003 | 31 | NOTICE OF ATTORNEY APPEARANCE: John C. McBride appearing for GREGORY WARREN (Johnson, Jay) (Entered: 12/19/2003) |
| 12/19/2003 | ● | Attorney update in case as to Kevin Briggs. Attorney Syrie D. Fried for Kevin Briggs added. (Cohen, Lawrence) (Entered: 12/19/2003) |
| 12/19/2003 | ● | Attorney update in case as to Tanya Pinheiro. Attorney Lawrence M. Perlmutter for Tanya Pinheiro added. (Cohen, Lawrence) (Entered: 12/19/2003) |
| 12/31/2003 | 32 | Judge Rya W. Zobel : ORDER entered Lis Pendens as to JOHN MELO (Urso, Lisa) (Entered: 01/05/2004) |
| 01/05/2004 | ● | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to Scott Fink held on 1/5/2004. Scott Fink refused to answer bail questions on the advise of counsel. Detention hearing has been set for 1/8/04 at 3:30. (Tape #digital.) (Spada, Joseph) (Entered: 01/05/2004) |
| 01/05/2004 | ● | Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to Scott Fink held on 1/5/2004 Please note...this event was re-entered to correct statistical error. (Catino, Theresa) (Entered: 01/07/2004) |
| 01/08/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment and Detention Hearing as to Scott Fink (3) Count 1 held on 1/8/2004; AUSA Weinreb for |

| | | |
|---|---|---|
| | | the Govt. and Attorney Rankin for the Dft.; the Dft. pleads not guilty and will proceed with automatic discovery; 1st status conference is set for 1/28/04 @ 2:00pm.; Govt calls witness #1 (Joseph Realmuto) direct exam; cross exam and closing argument from the Govt. on issue of detention; USMJ Cohen takes matter uderadvisement. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 01/08/2004) |
| 01/15/2004 | ❂34 | MOTION to re-schedule initial status conference to 1/27/04 at 2:30 as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro by USA. (Johnson, Jay) (Entered: 01/22/2004) |
| 01/21/2004 | ❂33 | Judge Lawrence P. Cohen : ORDER entered ORDER OF DETENTION as to Scott Fink (Cohen, Lawrence) (Entered: 01/21/2004) |
| 01/22/2004 | ❂35 | Judge Lawrence P. Cohen : Electronic ORDER entered granting 34 Motion Rescheduling of Initial Status Conference as to JOHN MELO (1), GREGORY WARREN (2), Scott Fink (3), Kevin Briggs (4), Carla Paiva (5), Tanya Pinheiro (6); Initial Scheduling Conference rescheduled to January 27, 2004, at 2:30 p.m. (Cohen, Lawrence) (Entered: 01/22/2004) |
| 01/22/2004 | ❂ | Reset Hearings as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro : Status Conference set for 1/27/2004 02:30 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 01/22/2004) |
| 01/23/2004 | ❂36 | (Assented to) MOTION to Continue for 30-60 days initial status conference as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro by USA. (Johnson, Jay) (Entered: 01/27/2004) |
| 01/27/2004 | ❂37 | Judge Lawrence P. Cohen : ORDER entered granting 36 Motion to Continue as to JOHN MELO (1), GREGORY WARREN (2), Scott Fink (3), Kevin Briggs (4), Carla Paiva (5), Tanya Pinheiro (6) (Cohen, Lawrence) (Entered: 01/27/2004) |
| 01/27/2004 | ❂38 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro Time excluded from 1/27/2004 until 3/25/2004. (Cohen, Lawrence) (Entered: 01/27/2004) |