| | | |
|---|---|---|
| 02/02/2004 | 39 | MOTION for colloquy concerning counsel's continued representation of defendant Gregory Warren as to GREGORY WARREN by USA. (Johnson, Jay) (Entered: 02/04/2004) |
| 02/09/2004 | 40 | NOTICE OF HEARING ON MOTION as to GREGORY WARREN Motion Hearing set for 2/17/2004 02:15 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 02/09/2004) |
| 02/17/2004 | | Electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Colloquy Hearing as to GREGORY WARREN held on 2/17/2004 re: motion #39 Motion for Colloquy; William Weinreb for USA; John McBride re: defendent; defense retained co-counse Paul DiMaio/priscilla DiMaio for defendent; Court discusses McBrides representation; govt states status; defense states status and procedure re: Board of Bar Overseers. Court adresses deft as to atty represention; defendent acknowledges the situation and has no questions; Court addresses deft as to his wish to keep counsel; Deft states he wishes to keep counsel and has no issues. (Court Reporter digital.) (Simeone, Maria) (Entered: 02/17/2004) |
| 02/23/2004 | 41 | Judge Lawrence P. Cohen : ORDER entered CJA 20 as to Scott Fink : Appointment of Attorney Charles W. Rankin for Scott Fink. (Brown, Rex) (Entered: 02/23/2004) |
| 02/24/2004 | | Notice of correction to docket made by Court staff. Correction: Docket # 41 corrected because: The docket entry contained incorrect judge associations as to Scott Fink (Brown, Rex) (Entered: 02/24/2004) |
| 03/25/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Status Conference as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro held on 3/25/2004; John McDonald for John Melo; John McBride for Gregory Warren; Charles Rankin for Scott Fink; Syrie Fried for Kevin Briggs; Peter Krupp for Carla Paiva; John McDonald Standing in for Larry Perlmutter on behalf of Tanya Pinheiro; all defense counsel move for continuance; allowed subject to excludable time; Court Schedules all motion to be filed by 5/18/04; Final Status conference set for 5/25/04 at 2:00pm. (Court Reporter digital.) (Simeone, Maria) (Entered: 03/25/2004) |
| | | |

| | | |
|---|---|---|
| 03/25/2004 | | Set final status conference as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro : Final Status Conference set for 5/25/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 03/25/2004) |
| 03/25/2004 | 42 | Judge Lawrence P. Cohen : ORDER entered REPORT AND ORDER on Initial Status Conference as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro Motions due by 5/18/2004. Status Conference set for 5/25/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 03/25/2004) |
| 03/25/2004 | 43 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro Time excluded from 3/25/2004 until 5/25/2004. (Cohen, Lawrence) (Entered: 03/25/2004) |
| 03/25/2004 | 44 | Judge Lawrence P. Cohen : ORDER entered AMENDED REPORT AND ORDER on Initial Status Conference as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro (Cohen, Lawrence) (Entered: 03/25/2004) |
| 04/15/2004 | 45 | MOTION Ex-Parte Relief as to Scott Fink . (Johnson, Jay) (Entered: 04/20/2004) |
| 04/21/2004 | 46 | Judge Lawrence P. Cohen : ORDER entered [45] Motion allowed in part and denied in part as to Scott Fink (3) (Cohen, Lawrence) (Entered: 04/21/2004) |
| 05/17/2004 | 47 | Unnoposed MOTION for Extension of Time to 7/16/04 to File pre-trial motions as to JOHN MELO . (Simeone, Maria) (Entered: 05/20/2004) |
| 05/21/2004 | 48 | MOTION for Excludable Delay from 01/15/04 to 01/27/04 as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro by USA. (Weinreb, William) (Entered: 05/21/2004) |
| 05/24/2004 | 49 | Memorandum regarding Final Status Conference as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro (Weinreb, William) (Entered: 05/24/2004) |

| | | |
|---|---|---|
| 05/25/2004 | ◎ | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Status Conference as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro held on 5/25/2004; Defense counsel states status of the case as to each deft; govt and Defense state Gregory Warren and Tanya Pinheiro are ready to be reported back to the district Judge; Court schedules continued status conference with no objections to excludable time; Status Conference set for 7/21/2004 02:00 PM in Courtroom 23 before Judge Rya W. Zobel. (Court Reporter digital.) (Simeone, Maria) (Entered: 05/25/2004) |
| 05/25/2004 | ●50 | Judge Lawrence P. Cohen : ORDER entered granting 47 Motion for Extension of Time to File as to JOHN MELO (1); all motions by all defendants must be filed on or before July 16, 2004 (Cohen, Lawrence) (Entered: 05/25/2004) |
| 05/25/2004 | ●51 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro Time excluded from 5/25/2004 until 7/21/2004. (Cohen, Lawrence) (Entered: 05/25/2004) |
| 05/25/2004 | ●52 | Judge Lawrence P. Cohen : ORDER entered REPORT AND ORDER on Final Status Conference as to GREGORY WARREN (Cohen, Lawrence) (Entered: 05/25/2004) |
| 05/25/2004 | ◎ | Set/Reset Deadlines/Hearings as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro : And and all motions due by 7/16/2004. Final Status Conference set for 7/21/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 05/25/2004) |
| 05/26/2004 | ◎ | Judge Lawrence P. Cohen : Electronic ORDER entered granting 48 Motion to Exclude as to JOHN MELO (1), GREGORY WARREN (2), Scott Fink (3), Kevin Briggs (4), Carla Paiva (5), Tanya Pinheiro (6) (Cohen, Lawrence) (Entered: 05/26/2004) |
| 05/26/2004 | ●53 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro Time excluded from 1/15/2004 until 1/27/2004. (Cohen, Lawrence) (Entered: 05/26/2004) |
| 06/04/2004 | ◎ | NOTICE OF HEARING as to GREGORY WARREN Change |

| | | |
|---|---|---|
| | | of Plea Hearing set for 6/16/2004 09:30 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 06/04/2004) |
| 06/09/2004 | | NOTICE OF RESCHEDULING OF STATUS CONFERENCE as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro PREVIOULSY SCHEDULED FOR JULY 21 @ 2:00PM HAS BEEN RESCHEDULED; Status Conference set for 8/3/2004 02:30 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 06/09/2004) |
| 06/14/2004 | 54 | Judge Lawrence P. Cohen : ORDER entered AMENDED REPORT AND ORDER on Final Status Conference as to GREGORY WARREN (Cohen, Lawrence) (Entered: 06/14/2004) |
| 06/16/2004 | 55 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to GREGORY WARREN (Weinreb, William) (Entered: 06/16/2004) |
| 06/16/2004 | 56 | Judge Rya W. Zobel : ORDER entered PROCEDURAL ORDER re sentencing hearing as to GREGORY WARREN Sentencing set for 10/6/2004 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 06/16/2004) |
| 07/15/2004 | 57 | MOTION to Suppress tangible evidence as to JOHN MELO . (Simeone, Maria) (Entered: 07/20/2004) |
| 07/15/2004 | 58 | MOTION to Suppress Title III intercepted communicationsas to JOHN MELO . (Simeone, Maria) (Entered: 07/20/2004) |
| 07/22/2004 | 59 | SUPERSEDING INDICTMENT as to JOHN MELO (1) count(s) 1s, 3s, 4s, Scott Fink (3) count(s) 1s, 2s, Kevin Briggs (4) count(s) 1s, Carla Paiva (5) count(s) 1s, Tanya Pinheiro (6) count(s) 1s. (Gawlik, Cathy) (Entered: 07/23/2004) |
| 07/23/2004 | | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Lawrence P. Cohen Reason for referral: Pretrial proceedings re: Superseding Indictment as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro (Gawlik, Cathy) (Entered: 07/23/2004) |
| 08/03/2004 | 60 | MOTION to Continue *Arraignment* as to Kevin Briggs. (Fried, Syrie) (Entered: 08/03/2004) |
| | | |

| | | |
|---|---|---|
| 08/03/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to JOHN MELO (1) Count 1s,3s,4s and Scott Fink (3) Count 1s,2s and Carla Paiva (5) Count 1s held on 8/3/2004, Status Conference as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro held on 8/3/2004;William Weinreb for govt; Not Guilty plea entered on behalf of John Melo in Mr. MacDonalds absence; Peter Krupp for Carla Paiva; Carla Paiva pleads not guilty;Charlie Rankin for Scott Fink; Scott Fink pleads not guilty; Syrie Freid for Kevin Briggs, files motion for continuance of arraignment; allowed in open court; Larry Perlmutter for Tanya Pinheiro not in attendance; Arraignment set for 8/11/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen for Kevin Briggs;. govt states status of case; court orders motions to be filed by 9/19/04; final Status Conference set for 9/23/2004 02:30 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria) (Entered: 08/03/2004) |
| 08/03/2004 | 61 | Assented to MOTION to Modify Conditions of Release as to Carla Paiva. (Krupp, Peter) (Entered: 08/03/2004) |
| 08/03/2004 | | Judge Lawrence P. Cohen : electronic ORDER entered granting 60 Motion to Continue as to Kevin Briggs (4); Arraignment continued to 8/11/04 at 11:00am with Magistrate Judge Cohen in courtroom #23 on the 7th floor. (Simeone, Maria) (Entered: 08/04/2004) |
| 08/04/2004 | 62 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro Time excluded from 8/3/2004 until 9/23/2004. (Cohen, Lawrence) (Entered: 08/04/2004) |
| 08/04/2004 | | Set/Reset Deadlines/Hearings as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro : Motions due by 9/17/2004. Status Conference set for 9/23/2004 02:30 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 08/04/2004) |
| 08/04/2004 | | Set arraignment on Superseding indictment as to Tanya Pinheiro : Arraignment set for 8/9/2004 01:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 08/04/2004) |

| | | |
|---|---|---|
| 08/04/2004 | 63 | Opposition by USA as to JOHN MELO re 57 MOTION to Suppress, 58 MOTION to Suppress (Weinreb, William) (Entered: 08/04/2004) |
| 08/09/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to Tanya Pinheiro (6) Count 1s held on 8/9/2004; William Weinreb for Govt; Larry Perlmutter for deft; def is arraigned on SS Indictment and pleads not guilty; (Court Reporter digital.) (Simeone, Maria) (Entered: 08/09/2004) |
| 08/09/2004 | | Motions terminated for statistical purposes as to GREGORY WARREN : 39 MOTION colloquy concerning counsel's continued representation of defendant Gregory Warren filed by USA. (Simeone, Maria) (Entered: 08/09/2004) |
| 08/11/2004 | | Judge Lawrence P. Cohen : electronic ORDER entered granting 61 Motion to Modify Conditions of Release as to Carla Paiva (5); Motion allowed. (Simeone, Maria) (Entered: 08/11/2004) |
| 08/11/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to Kevin Briggs (4) Count 1s held on 8/11/2004 ; William Weinreb for govt; Syrie Freid for deft; deft arraigned and pleads not guilty (Court Reporter digital.) (Simeone, Maria) (Entered: 08/11/2004) |
| 08/11/2004 | | Plea entered by Kevin Briggs Not Guilty on counts 1S. (Court Reporter digital.) (Simeone, Maria) (Entered: 08/11/2004) |
| 08/18/2004 | 64 | TRANSCRIPT of Plea Change as to GREGORY WARREN held on June 16, 2004 before Judge Zobel. Court Reporter: Richard H. Romanow. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-0370 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/18/2004) |
| 09/23/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Final Status Conference as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro held on 9/23/2004 ; William Weinreb for Govt; Mr. McBride for Melo; Mr. Rankin for Fink; Ms. Freid for Briggs; Mr. Krupp for Paiva; Mr. Perlmutter for Pinheiro does not appear; Defense counsel Rankin files motions in open court; court orders motions stand for all parties and briefed due by 10/8/04; govt response due 10/22/04; hearing shortly to follow; all |

| | | |
|---|---|---|
| | | subject to excludable time. Motions due by 10/8/2004. (Court Reporter digital.) (Simeone, Maria) (Entered: 09/23/2004) |
| 09/23/2004 | 65 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro Time excluded from 9/23/04 until 10/27/2004. (Cohen, Lawrence) (Entered: 09/23/2004) |
| 09/23/2004 | | Judge Lawrence P. Cohen : electronic ORDER entered granting 66 Motion for Leave to File motion to dismiss as to JOHN MELO (1), Scott Fink (3), Kevin Briggs (4), Carla Paiva (5), Tanya Pinheiro (6) (Simeone, Maria) (Entered: 09/24/2004) |
| 09/23/2004 | 67 | MOTION to Dismiss the superseding indictment, or alternatively, strike surplusage from indictment.as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro by Scott Fink. (Simeone, Maria) (Entered: 09/24/2004) |
| 09/24/2004 | 66 | MOTION for Leave to File herewith defts motion to dismiss superseding indictment, as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro by Scott Fink. Filed in open court; motion stands for all parties.(Simeone, Maria) (Entered: 09/24/2004) |
| 09/30/2004 | 68 | MOTION for downward Departure as to GREGORY WARREN . (Johnson, Jay) (Entered: 10/04/2004) |
| 09/30/2004 | 69 | MEMORANDUM in Support by GREGORY WARREN re 68 MOTION for downward Departure (Johnson, Jay) (Entered: 10/04/2004) |
| 10/04/2004 | | E-Mail Notice re # 68 motion for downward departure and 69 memorandum in support of motion for downward departure originally issued on 10/1/04 returned as undeliverable. Name of Addressee: Priscilla Facha DiMaio as to GREGORY WARREN pleadings faxed to Ms DiMaio (Johnson, Jay) (Entered: 10/04/2004) |
| 10/04/2004 | 70 | UNOPPOSED MOTION to Continue to 10/28/04 or 11/16/04 the Sentencing Hearing as to GREGORY WARREN . (Johnson, Jay) (Entered: 10/05/2004) |
| 10/06/2004 | | Judge Rya W. Zobel : electronic ORDER entered granting 70 Motion to Continue as to GREGORY WARREN (2). Sentencing rescheduled to 10/28/04 at 3:00 p.m. (Urso, Lisa) |

| | | |
|---|---|---|
| | | (Entered: 10/06/2004) |
| 10/26/2004 | | PLEASE BE REMINDED OF THE FINAL STATUS CONFERENCE SCHEDULED FOR 10/27/04 AT 11:00AM BEFORE Mag. Judge Lawrence P. Cohen as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro (Simeone, Maria) (Entered: 10/26/2004) |
| 10/26/2004 | 75 | MOTION to Seal as to GREGORY WARREN by USA. (Urso, Lisa) (Entered: 11/03/2004) |
| 10/26/2004 | | Judge Rya W. Zobel : electronic ORDER entered granting [75] Motion to Seal as to GREGORY WARREN (2) (Urso, Lisa) (Entered: 11/03/2004) |
| 10/26/2004 | 76 | MEMORANDUM in Opposition by USA as to GREGORY WARREN re 68 MOTION for downward Departure (Urso, Lisa) (Entered: 11/03/2004) |
| 10/27/2004 | 71 | Opposition by USA as to Scott Fink re 67 MOTION to Dismiss (Weinreb, William) (Entered: 10/27/2004) |
| 10/27/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Final Status Conference as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro held on 10/27/2004; Ausa Weinreb; Rankin;Freid;Krupp present; Case to be reported up to the district judge for trial; estimated length of trial 4-6 weeks; (Court Reporter digital.) (Simeone, Maria) (Entered: 10/27/2004) |
| 10/27/2004 | 72 | Judge Lawrence P. Cohen : ORDER entered REPORT AND ORDER on Final Status Conference as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro (Cohen, Lawrence) Modified on 10/27/2004 to reflect that the report related to a FINAL Status Report(Cohen, Lawrence). (Entered: 10/27/2004) |
| 10/27/2004 | | Case as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro no longer referred to Lawrence P. Cohen; Modified on 10/29/2004 (Johnson, Jay). (Entered: 10/27/2004) |
| 10/28/2004 | | electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 10/28/2004 for GREGORY WARREN (2), Count(s) 1, The defendant was sentenced to 120 months BOP; 8 years SR; Standard conditions apply; SC; no guns; participate in substance abuse treatment; participate |

| | | |
|---|---|---|
| | | in mental health; $100.00SA; Recommendations: that the defendant participate in the 500 hour Comprehensive Drug Treatment Program;. (Court Reporter Romanow.) (Urso, Lisa) (Entered: 11/01/2004) |
| 10/28/2004 | 73 | Judge Rya W. Zobel : ORDER entered JUDGMENT as to GREGORY WARREN (2), Count(s) 1, The defendant was sentenced to 120 months BOP; 8 years SR; Standard conditions apply; SC; no guns; participate in substance abuse treatment; participate in mental health; $100.00SA; Recommendations: that the defendant participate in the 500 hour Comprehensive Drug Treatment Program; (Urso, Lisa) (Entered: 11/01/2004) |
| 10/28/2004 | 74 | Judge Rya W. Zobel : ORDER entered STATEMENT OF REASONS as to GREGORY WARREN (Urso, Lisa) (Entered: 11/01/2004) |
| 11/01/2004 | | NOTICE OF HEARING as to JOHN MELO, GREGORY WARREN, Scott Fink, Kevin Briggs, Carla Paiva, Tanya Pinheiro Status Conference set for 11/18/2004 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 11/01/2004) |
| 11/04/2004 | | E-Mail Notice re Notice of Hearing originally issued on 11/1/04 returned as undeliverable. Name of Addressee: John LaRochelle as to JOHN MELO. (Attorney has been called and the secretary gives notice that Mr LaRochelle's e-mail address is no longer valid. Help desk has been notified in order to remove the address from the system) (Johnson, Jay) (Entered: 11/04/2004) |
| 11/08/2004 | | Judge Rya W. Zobel : endorsed ORDER entered denying 67 Motion to Dismiss as to Scott Fink (3), but this is not a ruling as to how the "Additional Factors" will be determined. (Urso, Lisa) (Entered: 11/08/2004) |
| 11/10/2004 | | MOTION for Ex-Parte Relief as to Scott Fink . (Johnson, Jay) (Entered: 11/12/2004) |
| 11/12/2004 | 77 | NOTICE OF ATTORNEY APPEARANCE: John P. LaRochelle, John MacDonald appearing for JOHN MELO (Hurley, Virginia) (Entered: 11/17/2004) |
| 11/18/2004 | | NOTICE OF HEARING as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva Status Conference set for |

| | | |
|---|---|---|
| | | 12/14/2004 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 11/18/2004) |
| 11/18/2004 | | NOTICE OF HEARING as to Tanya Pinheiro Change of Plea Hearing set for 12/9/2004 09:30 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 11/18/2004) |
| 11/18/2004 | | Judge Rya W. Zobel : endorsed ORDER entered granting [] Motion as to Scott Fink (3) (Urso, Lisa) (Entered: 11/19/2004) |
| 12/06/2004 | | NOTICE OF RESCHEDULING as to Tanya Pinheiro Change of Plea Hearing set for 12/9/2004 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. The change of plea is changed from 9:30 a.m. to 2:00 p.m. (Urso, Lisa) (Entered: 12/06/2004) |
| 12/09/2004 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Change of Plea Hearing as to Tanya Pinheiro held on 12/9/2004; Same conditions except report to USPO once a week; Plea and Sentence set for 4/28/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Romanow.) (Urso, Lisa) (Entered: 12/10/2004) |
| 12/09/2004 | 78 | SECOND SUPERSEDING INFORMATION (Felony) as to Tanya Pinheiro (6) count(s) 1ss. (Gawlik, Cathy) (Entered: 12/13/2004) |
| 12/14/2004 | | electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Status Conference as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva held on 12/14/2004 Jury Trial set for 6/6/2005 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 12/15/2004) |
| 01/10/2005 | 79 | TRANSCRIPT of Detention Hearing as to Scott Fink held on January 8, 2004 before Judge Cohen. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/10/2005) |
| 04/25/2005 | 80 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to JOHN MELO (Weinreb, William) (Entered: 04/25/2005) |
| 04/26/2005 | 82 | JOINT MOTION to Continue Sentencing as to Tanya Pinheiroby Tanya Pinheiro, USA. (Johnson, Jay) (Entered: 04/26/2005) |
| 04/27/2005 | | Judge Rya W. Zobel : electronicORDER entered granting 82 |

| | | |
|---|---|---|
| | | Motion to Continue as to Tanya Pinheiro (6). Sentencing set for 6/30/05 at 2:30 p.m. (Urso, Lisa) (Entered: 04/27/2005) |
| 05/02/2005 | 83 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Scott Fink (Weinreb, William) (Entered: 05/02/2005) |
| 05/12/2005 | | NOTICE OF HEARING as to JOHN MELO Change of Plea Hearing set for 5/25/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/12/2005) |
| 05/16/2005 | | NOTICE OF HEARING as to Scott Fink Change of Plea Hearing set for 5/25/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/16/2005) |
| 05/17/2005 | | NOTICE OF HEARING as to Kevin Briggs Change of Plea Hearing set for 5/25/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/17/2005) |
| 05/20/2005 | | NOTICE OF HEARING as to Carla Paiva Change of Plea Hearing set for 5/25/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/20/2005) |
| 05/25/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Change of Plea Hearing as to JOHN MELO, Scott Fink held on 5/25/2005, Plea entered by JOHN MELO (1) Guilty Count 1 and Scott Fink (3) Guilty Count 1. Sentencing set for 9/13/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/26/2005) |
| 05/25/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Change of Plea Hearing as to Kevin Briggs, Carla Paiva held on 5/25/2005 Plea and Sentence set for 9/13/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/26/2005) |
| 05/25/2005 | 86 | PLEA AGREEMENT as to Kevin Briggs (Urso, Lisa) (Entered: 05/26/2005) |
| 05/25/2005 | 87 | PLEA AGREEMENT as to JOHN MELO (Urso, Lisa) (Entered: 05/26/2005) |
| 05/26/2005 | 84 | Judge Rya W. Zobel : OrderORDER entered. PROCEDURAL ORDER re sentencing hearing as to JOHN MELO Sentencing set for 9/13/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/26/2005) |

| | | |
|---|---|---|
| 05/26/2005 | 85 | Judge Rya W. Zobel : OrderORDER entered. PROCEDURAL ORDER re sentencing hearing as to Scott Fink Sentencing set for 9/13/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/26/2005) |
| 06/29/2005 | 88 | MOTION to Seal and Impoundas to Tanya Pinheiroby USA, FILED, c/s. (Boyce, Kathy) (Entered: 06/29/2005) |
| 06/29/2005 | | Judge Rya W. Zobel : Electronic ORDER entered granting 88 Motion to Seal as to Tanya Pinheiro (6) (Boyce, Kathy) (Entered: 06/29/2005) |
| 06/29/2005 | 89 | MOTION for Departure as to Tanya Pinheiroby USA, FILED, c/s. (Boyce, Kathy) (Entered: 06/29/2005) |
| 06/30/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Plea and Sentence Hearing held on 6/30/2005 Tanya Pinheiro (6) Plea of guilty and sentencing on Count 1ss. Defendant sentenced: Tanya Pinheiro (6), Count(s) 1ss, The defendant is sentenced to 1 year and one day BOP; SR 3years; no fine; $100.00 SA; standard conditions apply; no guns; DNA sample. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 07/01/2005) |
| 07/05/2005 | 90 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Tanya Pinheiro (6), Count(s) 1ss, The defendant is sentenced to 1 year and one day BOP; SR 3years; no fine; $100.00 SA; stndard conditions apply; no guns; DNA sample (Folan, Karen) (Entered: 07/05/2005) |
| 07/12/2005 | 91 | Judge Rya W. Zobel : OrderORDER entered. STATEMENT OF REASONS as to Tanya Pinheiro (Urso, Lisa) (Entered: 07/13/2005) |
| 07/14/2005 | | NOTICE OF RESCHEDULING as to JOHN MELO, Scott Fink, Kevin Briggs, Carla Paiva Sentencing reset for 9/14/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 07/14/2005) |
| 08/03/2005 | 92 | MOTION for Ex-Parte Relief as to Scott Fink. (Johnson, Jay) (Entered: 08/04/2005) |
| 08/08/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting [92] Motion as to Scott Fink (3) (Urso, Lisa) (Entered: 08/08/2005) |
| 08/31/2005 | 93 | Objection to the Government's Sentencing Enhancement as to JOHN MELO (Johnson, Jay) (Entered: 09/01/2005) |

| 08/31/2005 | 94 | Memorandum Regarding John Melo's Objection to the Government's Sentencing Enhancement as to JOHN MELO (Johnson, Jay) (Entered: 09/01/2005) |
|---|---|---|
| 09/06/2005 | 95 | MOTION to Continue *Sentencing Hearing* as to Scott Fink. (Rankin, Charles) (Entered: 09/06/2005) |
| 09/06/2005 | 96 | Ex-Parte MOTION for Authorization of Services or Funds as to Scott Fink. (Johnson, Jay) (Entered: 09/07/2005) |
| 09/08/2005 |  | Judge Rya W. Zobel : endorsedORDER entered granting 95 Motion to Continue as to Scott Fink (3). Sentencing rescheduled to 11/16/05 at 2:00 p.m. (Urso, Lisa) (Entered: 09/08/2005) |
| 09/08/2005 | 97 | MOTION to Continue *Sentencing* to after October 5, 2005 as to Carla Paiva. (Krupp, Peter) (Entered: 09/08/2005) |
| 09/09/2005 |  | Judge Rya W. Zobel : endorsedORDER entered granting [96] Motion for Authorization of Services or Funds as to Scott Fink (3) (Urso, Lisa) (Entered: 09/09/2005) |
| 09/09/2005 | 98 | MOTION for Forfeiture of Property as to JOHN MELO by USA. (Attachments: # 1 Text of Proposed Order)(Zacks, Jennifer) (Entered: 09/09/2005) |
| 09/09/2005 | 99 | MOTION to Continue *Sentencing Hearing* as to Kevin Briggs. (Fried, Syrie) (Entered: 09/09/2005) |
| 09/09/2005 | 100 | (Assented to)MOTION to Continue Sentencing to 11/16/05 as to JOHN MELO. (Johnson, Jay) (Entered: 09/13/2005) |
| 09/12/2005 |  | Judge Rya W. Zobel : endorsedORDER entered granting 99 Motion to Continue as to Kevin Briggs (4); granting 97 Motion to Continue as to Carla Paiva (5). Sentencings rescheduled to 11/16/05 at 2:00 p.m. (Urso, Lisa) (Entered: 09/13/2005) |
| 09/14/2005 |  | Judge Rya W. Zobel : Electronic ORDER entered granting 100 Motion to Continue as to JOHN MELO (1). Sentencing rescheduled to 11/16/05 at 2:00 p.m. (Urso, Lisa) (Entered: 09/15/2005) |
| 10/25/2005 | 101 | NOTICE *of Change of Address of Counsel* by Scott Fink (Rankin, Charles) (Entered: 10/25/2005) |
| 10/28/2005 | 102 | MOTION for Order *Directing Marshals to Make Defendant Available to Bristol County Sheriffs Dept. on November 4, 2005 for Hearing in Fall River District Court* as to Scott Fink. |

| | | |
|---|---|---|
| | | (Rankin, Charles) (Entered: 10/28/2005) |
| 10/31/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 102 Motion for Order as to Scott Fink (3). Allowed and so ordered. (Urso, Lisa) (Entered: 11/01/2005) |
| 11/02/2005 | 103 | MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 05-12185.) as to GREGORY WARREN. (Johnson, Jay) (Entered: 11/02/2005) |
| 11/10/2005 | 104 | MOTION for Order *Directing Marshals to Make Defendant Available to Bristol County Sheriff's Department on November 21, 2005 for Hearing in Fall River District Court* as to Scott Fink. (Rankin, Charles) (Entered: 11/10/2005) |
| 11/10/2005 | 105 | MOTION to Continue *Sentencing Hearing* as to Scott Fink. (Rankin, Charles) (Entered: 11/10/2005) |
| 11/10/2005 | 106 | RESPONSE to Motion by USA as to Scott Fink re 104 MOTION for Order *Directing Marshals to Make Defendant Available to Bristol County Sheriff's Department on November 21, 2005 for Hearing in Fall River District Court* (Attachments: # 1 Exhibit USMS Requirements Regarding State Habeas Corpus Requests for Federal Prisoners)(Weinreb, William) (Entered: 11/10/2005) |
| 11/14/2005 | 107 | SENTENCING MEMORANDUM by Carla Paiva (Attachments: # 1 Supplement (Letter by Elaine Marshall)# 2 Supplement (Letter from Rosa Paiva Chasse)# 3 Supplement (Letter from Debbie Paiva)# 4 Supplement (Letter from Sidonia Paiva)# 5 Supplement (Letter from Jacqueline Medeiros R.N.)# 6 Supplement (Letter from David F. Ramos R.N.)# 7 Supplement (Letter from Stacey Guertin)# 8 Supplement (Letter from Stanley T. Spevack, M.D.))(Krupp, Peter) (Entered: 11/14/2005) |
| 11/15/2005 | | Judge Rya W. Zobel : Electronic ORDER entered granting 105 Motion to Continue as to Scott Fink (3) Sentencing reset for 12/8/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 11/15/2005) |
| 11/15/2005 | | Judge Rya W. Zobel : Electronic ORDER entered granting 104 Motion for Order to make Scott Fink (3) available to the Bristol County Sheriff's Dept. for a hearing on 11/21/05 in Fall River. (Urso, Lisa) (Entered: 11/15/2005) |
| 11/15/2005 | 108 | PROPOSED ORDER(S) submitted by Scott Fink (Rankin, |

| | | |
|---|---|---|
| | | Charles) (Entered: 11/15/2005) |
| 11/16/2005 | 109 | SENTENCING MEMORANDUM by Kevin Briggs (Fried, Syrie) (Entered: 11/16/2005) |
| 11/16/2005 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 11/16/2005 for JOHN MELO (1), Count(s) 1, The defendant was sentenced to 240 months BOP; 10 years SR; Standard Conditions apply; SC; the defendant shall participate in drugtreatment & testing; Recommendations to the 500 hour Drug Treatment program; and anger management; $100.00 SA; Order of Forfeiture to issue;; Count(s) 1s, 3s, 4s, DISMISSED. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 11/18/2005) |
| 11/16/2005 | 110 | Judge Rya W. Zobel : OrderORDER entered granting 98 Motion for Forfeiture of Property as to JOHN MELO (1) (Urso, Lisa) (Entered: 11/21/2005) |
| 11/16/2005 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Plea entered by Kevin Briggs (4) Plea of guilty and sentencing on Count 1Kevin Briggs (4) Dismissed counts Count 1s;Kevin Briggs (4) Guilty Count 1. Defendant was sentenced to 18 months BOP; 3 years SR; SC; drug treatment and testing; no guns; DNA sample; $100.00 SA: (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 11/21/2005) |
| 11/21/2005 | 111 | MOTION Judicial Recommendation to BOP as to Kevin Briggs. (Fried, Syrie) (Entered: 11/21/2005) |
| 11/21/2005 | 112 | Judge Rya W. Zobel : OrderORDER entered. JUDGMENT as to JOHN MELO (1), Count(s) 1, The defendant was sentenced to 240 months BOP; 10 years SR; Standard Conditions apply; SC; the defendant shall participate in drugtreatment & testing; Recommendations to the 500 hour Drug Treatment program; and anger management; $100.00 SA; Order of Forfeiture to issue;; Count(s) 1s, 3s, 4s, DISMISSED (Urso, Lisa) (Entered: 11/22/2005) |
| 11/21/2005 | 113 | Letter (non-motion) regarding request for appointment of counsel as to JOHN MELO (Johnson, Jay) Additional attachment(s) added on 11/29/2005 (Johnson, Jay). (Entered: 11/28/2005) |
| 11/23/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 111 |

| | | |
|---|---|---|
| | | Motion for a Judicial recommendation as to Kevin Briggs (4) (Urso, Lisa) (Entered: 11/28/2005) |
| 11/23/2005 | 114 | Judge Rya W. Zobel : OrderORDER entered. JUDGMENT as to Kevin Briggs (4), Count(s) 1, The defendant is sentenced to 18 months BOP; 36 months SR; Standard conditions apply; no guns; and DNA sample; SR; participate in substance abuse treatment & testing; $100.00 SA; Recommendations: Serve his sentence in FMC Devens;; Count(s) 1s, DISMISSED (Urso, Lisa) (Entered: 11/29/2005) |
| 12/01/2005 | 115 | MOTION to Correct 112 Judgment, as to JOHN MELOby USA. (Zacks, Jennifer) (Entered: 12/01/2005) |
| 12/01/2005 | 116 | MOTION to Amend/Correct 110 Order on Motion for Forfeiture of Property as to JOHN MELOby USA. (Attachments: # 1 Text of Proposed Order)(Zacks, Jennifer) (Entered: 12/01/2005) |
| 12/07/2005 | 117 | MOTION to Continue *December 8 Sentencing Hearing* as to Scott Fink. (Rankin, Charles) (Entered: 12/07/2005) |
| 12/07/2005 | 118 | WITHDRAWAL of Motion by Scott Fink re 117 MOTION to Continue *December 8 Sentencing Hearing* filed by Scott Fink, (Rankin, Charles) (Entered: 12/07/2005) |
| 12/07/2005 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Judge accepts plea; defendant sentenced to 1 year and one; recommendation to BOP; halfway house; and Danberry Camp; 3 years SR; drug testing; $100.00 SA; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 12/08/2005) |
| 12/07/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 115 Motion to Correct as to JOHN MELO (1); granting 116 Motion to Amend/Correct as to JOHN MELO (1) (Urso, Lisa) (Entered: 12/12/2005) |
| 12/07/2005 | 119 | Judge Rya W. Zobel : ORDER entered. AMENDED JUDGMENT as to JOHN MELO (1), Count(s) 1, The defendant was sentenced to 240 months BOP; 10 years SR; Standard Conditions apply; SC; the defendant shall participate in drugtreatment & testing; Recommendations to the 500 hour Drug Treatment program; and anger management; $100.00 SA; Order of Forfeiture to issue;; Count(s) 1s, 3s, 4s, DISMISSED (forfeiture added) (Urso, Lisa) (Entered: |

| | | |
|---|---|---|
| | | 12/13/2005) |
| 12/07/2005 | 120 | Judge Rya W. Zobel : amended preliminaryORDER of forfeiture entered as to JOHN MELO (Urso, Lisa) (Entered: 12/13/2005) |
| 12/08/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing as to Scott Fink held on 12/8/2005; continued until 12/19/05 to look into a previous conviction; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 12/22/2005) |
| 12/14/2005 | 121 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Carla Paiva (5), Count(s) 1, The defendant was sentenced to one year and a day; 3 years SR; Standard Conditions apply; no guns; DNA collection; SC; drug treatment and testing; SA $100.00; defendant remanded to the custody of the Marshals; Recommendation to the BOP; minimum security camp at FCI Danbery; consider a community confinement placement as soon as possible. (Urso, Lisa) (Entered: 12/15/2005) |
| 12/15/2005 | 122 | SENTENCING MEMORANDUM by USA as to Scott Fink (Attachments: # 1 Documents from docket file in Commonwealth v. Scott Fink, 9932-CR-0563)(Weinreb, William) (Entered: 12/15/2005) |
| 12/19/2005 | 123 | SENTENCING MEMORANDUM by Scott Fink (Rankin, Charles) (Entered: 12/19/2005) |
| 12/19/2005 | 124 | Reply Memorandum regarding Scott Fink's Sentencing Memorandum as to Scott Fink (Weinreb, William) Modified on 12/20/2005 (Johnson, Jay). (Entered: 12/19/2005) |
| 12/19/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 12/19/2005 for Scott Fink (3), Count(s) 1, The defendant was sentenced to 120 months BOP; 10 years SR;Standard Conditions apply; DNA sample; drug counseling & testing; mental health; Recommendation: mental health evaluation; 500 Hour Drug Treatment program; 100.00 SA;; Count(s) 1s, 2s, DISPOSED. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 12/19/2005) |
| 12/20/2005 | 125 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Scott Fink (3), Count(s) 1, The defendant was sentenced to 120 months BOP; 10 years SR;Standard Conditions apply; DNA sample; drug counseling & testing; mental health; |

| | | |
|---|---|---|
| 12/20/2005 | 125 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Scott Fink (3), Count(s) 1, The defendant was sentenced to 120 months BOP; 10 years SR;Standard Conditions apply; DNA sample; drug counseling & testing; mental health; Recommendation: mental health evaluation; 500 Hour Drug Treatment program; 100.00 SA;; Count(s) 1s, 2s, DISPOSED (Urso, Lisa) (Entered: 12/23/2005) |
| 01/17/2006 | 129 | NOTICE OF APPEAL by Scott Fink re 125 Judgment,. Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/6/2006. (Rec'd for filing 2/15/06)(Johnson, Jay) (Entered: 02/15/2006) |
| 02/02/2006 | 126 | Judgment Returned Executed as to JOHN MELO on 1/5/06. (Johnson, Jay) (Entered: 02/03/2006) |
| 02/14/2006 | 127 | TRANSCRIPT of Sentencing Hearing as to Scott Fink held on December 19, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/14/2006) |
| 02/14/2006 | 128 | TRANSCRIPT of Sentencing Hearing as to Scott Fink held on December 8, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/14/2006) |