**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USCA Docket Number: 06-1346

USDC Docket Number: 03-cr-10361

United States of America

v.

John Melo, et al

### CLERK'S SUPPLEMENTAL CERTIFICATE

I Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 138 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 28, 2006.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/28/06.

*[signature]*
Deputy Clerk, US Court of Appeals