# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 06-1313, 06-1379

USDC Docket Number: 03-cr-10361

United States of America

v.

Scott Fink

## CLERK'S SUPPLEMENTAL CERTIFICATE

I Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 130-132 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 14, 2006.

Sarah A. Thornton, Clerk of Court

By: *(signature)*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/16/06

*(signature)*
Deputy Clerk, US Court of Appeals