# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1379

UNITED STATES

Appellee

v.

SCOTT FINK

Defendant - Appellant

---

**JUDGMENT**
Entered: April 6, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 06-1313.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 4/6/06

By the Court:

Richard Cushing Donovan, Clerk

**AMY B. LEDERER**
By_____
Appeals Attorney

[cc: Scott Fink, Charles W. Rankin, Esq., William D. Weinreb, AUSA, Dina Michael Chaitowitz, AUSA]