AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF _____

UNITED STATES OF AMERICA

V.

SCOTT FINK

FILED
IN CLERKS OFFICE
2006 OCT 27  P 1: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

**WARRANT FOR ARREST**

CASE NUMBER: 03CR10361RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SCOTT FINK _____
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and to possess with intent to distribute, five kilograms or more of cocaine, a schedule II controlled substance,

in violation
Title _____ 21 _____ United States Code, Section(s) 846, 841(a)(1) & 841(b)(1)(A)

_____         Supervisor
Name of Issuing Officer                  Title of Issuing Officer

_____         12-3-03 Boston
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| EXECUTED by FBI ... DEFENDANT ON 1/7/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.