UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10361-RWZ

_____

UNITED STATES

v.

SCOTT FINK

_____

**DEFENDANT'S MOTION TO CONTINUE DATE FOR CONFERENCE**

The defendant Scott Fink moves the Court for an order continuing the conference scheduled for October 9, 2007 until some date in the future. In support of this motion, defendant states:

1. Counsel for the defendant is schedule to commence a trial in the Lowell Superior Court on October 4, 2007. Trial is expected to last for about a week. The court sits all day. Thus, counsel will not be able to appear on October 9.

2. The defendant will be filing a petition for a writ of certiorari, asking the Supreme Court to accept this case for review. The deadline for filing that petition is December 6, 2007. The defendant would request that the Court refrain from re-sentencing the defendant until that petition has been disposed of. This delay should not harm the interests of anyone, since the defendant is incarcerated at this time.

Respectfully submitted,
**SCOTT FINK**
By his attorney,

/s/ Charles W. Rankin
_____
Charles W. Rankin, BBO #411780
Rankin & Sultan
151 Merrimac St., second floor
Boston, MA 02114-4717
(617) 720-0011

September 27, 2007          CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on September 27, 2007.

/s/ Charles W. Rankin
_____
Charles W. Rankin