# CRIMINAL DOCKET

**Docket No:** 9932 CR 0563

| COURT DIVISION | Interpreter Required (language:) | DATE & JUDGE | DOCKET ENTRY |
|---|---|---|---|
| FALL RIVER | | 2-5-99 $2,500 Bond | Attorney appointed (SJC R. 3.10) |

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**
Scott W. Fink
5 Merritt Ave.
Tiverton, RI 02878

Bond Returned to Surety 5/1/01

(Leonard, J.)

- [ ] Atty denied & Deft advised per 211D §2A
- [ ] Waiver of counsel found after colloquy

**Terms of release set:** $2500 CASH
- [ ] PR  [x] Bail
- [ ] Held (276 §58A)
- [ ] See back for special conditions

**Arraigned and advised:**
- [ ] Potential of bail revocation (276 §58)
- [x] Right to bail review (276 §58)
- [ ] Right to drug exam (111E §10)

| DEFT. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 6/5/72 M | 605 |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE(S) |
|---|---|
| on or about 01/27/99 | 91 Chavenson St. FRM |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| John Champagne | Fall River 99-1503 |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 01/28/99 | Arrest |

APR 28 1999

**Advised of right to jury trial**
- [ ] Does not waive
- [x] Waiver of jury trial found after colloquy
- [ ] Advised of trial rights as pro se (Supp. R. 4)
- [ ] Advised of right of appeal to Appeals Ct (R. 28)

---

### COUNT-OFFENSE
**A. ASSAULT AND BATTERY c265 s13A**

APR 28 1999 JUDGE

| FINE | SURFINE | COSTS | RESTITUTION | V W ASSESSMENT |
|---|---|---|---|---|
| | | | | 35 [ ] WAIVED |

**DISPOSITION METHOD**
- [x] Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- [ ] Bench Trial
- [ ] Jury Trial
- [ ] None of the above

**FINDING**
- [ ] Not Guilty
- [x] Guilty
- [ ] Not Responsible
- [ ] Responsible
- [ ] No Probable Cause
- [ ] Probable Cause

**SENTENCE OR OTHER DISPOSITION**
- [ ] Sufficient facts found but continued without guilty finding until:
- [ ] Probation     [ ] Pretrial probation (276 §87) - until:
- [ ] To be dismissed upon payment of court costs/ restitution
- [ ] Dismissed upon:  [ ] Request of Comm.  [ ] Request of victim
  [ ] Request of Deft  [ ] Failure to prosecute  [ ] Other:
- [ ] Filed with Deft's consent  [ ] Nolle Prosequi  [ ] Decriminalized (277 §70C)

2yrs HC SS 2yrs 4/26/01 LH
BATTERERS COUNSELLING
Sup

**FINAL DISPOSITION**
- [ ] Dismissed on recommendation of Probation Dept.
- [ ] Probation terminated; defendant discharged

---

### COUNT-OFFENSE #9

**DISPOSITION METHOD**
- [ ] Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- [ ] Bench Trial
- [ ] Jury Trial
- [ ] None of the above

**FINDING**
- [ ] Not Guilty
- [ ] Guilty
- [ ] Not Responsible
- [ ] Responsible
- [ ] No Probable Cause
- [ ] Probable Cause

---

## JURY OF SIX

**COURT ADDRESS**
1d Durfee High School
39 Rock St.
Fall River, MA 02720

A TRUE COPY ATTEST X _____
CLERK-MAGISTRATE / ASST. CLERK
ON DATE 10-26-07

ADDITIONAL COUNTS ATTACHED

DC-CR 1 (12/95)

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| 1 | 2/25/94 | H KB | ~~Held~~ ~~Cont'd~~ DUNFEY (BAIL REVIEW) | | | | |
| 2 | 3/1/95 | T | ☐ Held  ☐ Cont'd | | | | |
| 3 | 4/28/99 | JT | JURY OF SIX 2F-03 KD | | | | |
| 4 | 6/28/99 | P | ☐ Held  ☐ Cont'd | | | | |
| 5 | | | ☐ Held  ☐ Cont'd | | | | |
| 6 | 9/20/99 | | MAY BE BAILED FOR AN AMOUNT NOT TO EXCEED $100.00 PER ORDER OF COURT. JOHN H. O'NEIL, 1st JUSTICE    LH   WMS ISSUED | | | | |
| 7 | | | ☐ Held  ☐ Cont'd | | | | |
| 8 | 12-3-99 | | ☐ Held  ☐ Cont'd | | | | |
| 9 | 11-21-05 | | ☐ Held  ☐ Cont'd | | | | |
| 10 | 12/12/05 | Status | ☐ Held  ☐ Cont'd | | | | |

ARR=Arraignment    PT= Pretrial hearing    CE = Discovery compliance & jury election    T= Bench trial    J = Jury trial    PC = Probable cause hearing    M = Motion hearing    SR = Status review
SRP = Status review of payments    FA = First appearance in jury session    S = Sentencing    CW = Continuance-without-finding scheduled to terminate    P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted    WAR = Warrant issued    WARD = Default warrant issued    WR = Warrant or default warrant recalled    PR = Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| 11-1-99 / NOV -2 1999 | WMS Recalled Arrest CF   Surr notice ser ADJUDGED IN VIOLATION OF band. HEARING WAIVED THE TERMS & CONDITIONS OF PROBATION  (Leonard, J) |
| NOV 9 2005 / NOV 10 2005 | G - 2YRS BCHC COMMITTED   NM  CONC w/ 99-6726   ALL FEES RMTD   Ordered: Transportation of D to BCHC, Nadeau, J. |
| 12-8-05 | D's motion to withdraw guilty plea - allowed (Nadeau) |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUSTICE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A) | $100 | RMTD | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | Old Head Injury ... | | | |
| APR 28 1999 | Probation Supervision Fee (276 §87A) | $45.00 | RMTD | |
| | Default Warrant Assessment Fee (276 §30 ½) | | | |
| | Default Warrant Removal Fee (276 §30 ½) | | | |

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
| | SEP 21 2007 | Comm. Mo. to Correct the Record Filed |
| | 10-26-07 | MOT |
| | OCT 26 2007 | MOTION TO CORRECT THE RECORD IS ALLOWED (Wadsworth) |
| | | 12-8-05 MOTION TO WITHDRAW GUILTY PLEA IS STRICKEN |

DC-CR 14 (12/89)