UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10361-RWZ

_____

UNITED STATES

v.

SCOTT FINK

_____

**DEFENDANT'S STATUS REPORT**

The defendant Scott Fink reports that on December 6, 2007, he filed a petition for a writ of certiorari, asking the Supreme Court of the United States to review the Judgment of the court of appeals. Counsel will report when the Court acts on the petition.

Respectfully submitted,
**SCOTT FINK**
By his attorney,

/s/ Charles W. Rankin
_____
Charles W. Rankin, BBO #411780
Rankin & Sultan
151 Merrimac St., second floor
Boston, MA 02114-4717
(617) 720-0011

December 10, 2007          CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on December 10, 2007.

/s/ Charles W. Rankin
_____
Charles W. Rankin