UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10361-RWZ

_____

UNITED STATES

v.

SCOTT FINK

_____

**STATUS REPORT**

The defendant reports that his petition for a writ of certiorari remains pending in the Supreme Court of the United States. Sup. Ct. No. 07-8212. On January 15, 2008, the Court asked the Solicitor General to respond to the Petition. The government responded on March 17. The defendant replied on March 27. The Court is scheduled to consider the petition at its April 11 conference. That may lead to an announcement on April 14 whether the Court will grant certiorari.

    Respectfully submitted,
    **SCOTT FINK**
    By his attorney,

    /s/ Charles W. Rankin
    _____
    Charles W. Rankin, BBO #411780
    Rankin & Sultan
    151 Merrimac St., second floor
    Boston, MA 02114-4717
    (617) 720-0011

April 7, 2008                CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on April 7, 2008.

    /s/ Charles W. Rankin
    _____
    Charles W. Rankin