UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10361-RWZ

_____

UNITED STATES

v.

SCOTT FINK

_____

**STATUS REPORT**

The defendant reports that today his petition for a writ of certiorari was denied by the Supreme Court of the United States. Sup. Ct. No. 07-8212. The defendant suggests that the next step is to schedule a sentencing, in accordance with the decision of the court of appeals.

> Respectfully submitted,
> **SCOTT FINK**
> By his attorney,
>
>   /s/ Charles W. Rankin
> _____
> Charles W. Rankin, BBO #411780
> Rankin & Sultan
> 151 Merrimac St., second floor
> Boston, MA 02114-4717
> (617) 720-0011

April 14, 2008                    CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on April 14, 2008.

                    /s/ Charles W. Rankin
                    _____
                    Charles W. Rankin