UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his

deputies, and to: The Superintendent of the FCI RAY BROOK, NY

YOU ARE COMMANDED to have the body of  SCOTT FINK  now in your custody, before the United

States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way,

Courtroom No.  12,  on the   5TH      floor, Boston, Massachusetts on  May 22, 2008 @ 3:00 P..M.

for the purpose of     RE-SENTENCING

in the case of UNITED STATES V. SCOTT FINK

CR Number  03CR10361-RWZ

And you are to retain the body of said  SCOTT FINK  while before said Court upon said day and

upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as

may be thereafter to return said  SCOTT FINK  to the institution from which he was taken, under safe and

secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.

And have you then and there this Writ with your doings herein.

Dated this  30TH day of  APRIL , 20 08  .


     s/ Rya W. Zobel
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

                                             SARAH A. THORTON
                                             CLERK OF COURT

      SEAL

                                             By:  s/ Lisa A. Urso
                                                 Deputy Clerk

(Habeas Writ.wpd - 12/98)                                                                                          [kwhcap.] or
                                                                                                                [kwhcat.]