UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 03-10361-RWZ |
| | ) | |
| SCOTT FINK, | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed by the district court (Zobel, J) on the defendant Scott Fink on May 22, 2008, and on the resulting Judgment in a Criminal Case (entered on the docket on June 2, 2008).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
WILLIAM WEINREB
Assistant U.S. Attorney

Certificate of Service

I, William Weinreb, AUSA, hereby certify that I have caused a copy of this notice to be served by first-class mail on:

**Charles W. Rankin**
Rankin & Sultan
151 Merrimac Street
Second Floor
Boston, MA 02114-4717

on July 1, 2008

_____
Assistant U.S. Attorney