UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10361-RWZ

_____

UNITED STATES

v.

SCOTT FINK

_____

**DEFENDANT'S MOTION FOR LEAVE TO
OBTAIN TRANSCRIPT AT GOVERNMENT EXPENSE**

Pursuant to 18 U.S.C. § 3006A(e), the defendant Scott Fink moves that the Court permit him to obtain copies of the transcript of the May 22, 2008 sentencing proceeding. In support of this motion, defendant states:

1. Mr. Fink was re-sentenced on May 22, 2008.

2. On July 1, 2008, the government filed a notice of appeal.

3. In order to protect his rights, the defendant has filed a cross appeal on this date.

4. A transcript of the re-sentencing is necessary for both appeals.

5. A CJA Form is attached, which can be signed by the district judge, authorizing payment for the court reporter.

        Respectfully submitted,
        **SCOTT FINK**
        By his attorney,

        /s/ Charles W. Rankin
        _____
        Charles W. Rankin, BBO #411780
        Rankin & Sultan
        151 Merrimac St., second floor
        Boston, MA 02114-4717
        (617) 720-0011

July 8, 2008        <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on July 8, 2008.

        /s/ Charles W. Rankin
        _____
        Charles W. Rankin