UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 1:03-cr-10361RWZ

United States of America

v.

Scott Fink (3)

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 75 (sealed)
16,17,28,29,34,33,35,36,37,38,41,42,43,44,45,46,48,49,51,59,62,65,66,67,71,72,79,83,85,92,96,101
102,104,105,106,108,117,118,122,123,124,125,127,128,129,130,131,132,133,134,135,136,137,138,139
141,142,143,144,145,148,149,156,162,163,164,167,170,171,172,173,174,176,177,178,179,180,181
182,183,184,185,186
and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 07/01/08 by USA

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 18, 2008.

Sarah A. Thornton, Clerk of Court

Francis Castilla
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 7/17/08

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____