UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 1:03-cr-10361RWZ

United States of America

v.

Scott Fink (3)

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 75 (sealed)
16,17,28,29,34,33,35,36,37,38,41,42,43,44,45,46,48,49,51,59,62,65,66,67,71,72,79,83,85,92,96,101
102,104,105,106,108,117,118,122,123,124,125,127,128,129,130,131,132,133,134,135,136,137,138,139
141,142,143,144,145,148,149,156,162,163,164,167,170,171,172,173,174,176,177,178,179,180,181
182,183,184,185,186
and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   07/01/08 by Deft Scott Fink

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 18, 2008.

Sarah A Thornton, Clerk of Court

By: Francis Castilla
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 7|18|08 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____